E-FILED
Wednesday, 03 February, 2016  02:46:14 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF
ILLINOIS PEORIA DIVISION**

| | |
|---|---|
| SEAN COLEMAN, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 15-CV-1006 |
| STATE FARM BANK and DOES 1-10, inclusive, | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the plaintiff, SEAN COLEMAN, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure. The parties agree that this Court shall retain limited jurisdiction to enforce the terms of the settlement agreement should a dispute arise.

SEAN COLEMAN

BY: /s Sergei Lemberg
LEMBERG LAW, LLC
Mr. Sergei Lemberg

STATE FARM BANK

BY: /s Andrew T. Bell
HEYL, ROYSTER, VOELKER & ALLEN
Andrew T. Bell – ARDC: #6299077